UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER SHAFFER,<br><br>    Defendant. | No. 2:14-cv-3010-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 28, 2015, the court granted his request for leave to proceed in forma pauperis, obligating him to pay the filing fee in full through monthly payments. ECF No. 5; 28 U.S.C. § 1915(b)(1). Now, four years after the case was closed and judgment duly entered (ECF Nos. 5 & 8), plaintiff requests to be excused from paying the remainder of the filing fee because of the "financial strain." ECF No. 10. Plaintiff's request is denied, as he remains obligated to pay the entire filing fee "in increments." *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); *see also* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee.").

/////

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 2, 2019 request (ECF No. 10) is denied.

DATED: June 6, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE